IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS E. KING,
      Petitioner,

vs.                                   Case No.  3:11cv369/LAC/EMT

KENNETH S. TUCKER,
      Respondent.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 13, 2012 (doc. 26).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the objections filed.

      Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.     Respondent's motion to dismiss (doc. 19) is **GRANTED**.

      3.     The petition for writ of habeas corpus (doc. 1) is **DISMISSED with prejudice**.

      4.     A certificate of appealability is **DENIED**.

      **DONE AND ORDERED** this 10th  day of September, 2012.


                    s/*L.A. Collier*_____
                    **LACEY A. COLLIER**
                    **SENIOR UNITED STATES DISTRICT JUDGE**